UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HERMENEGILDO PATLAN | * |
| | * |
| VS | *   MISC. NO. B00-041 |
| | * |
| REALITY HOUSE COMMUNITY | * |
|   CORRECTIONS CENTER | * |
| JOE GARCIA | * |
| MANUEL GAONA | * |
| JUAN CARLOS CRUZ | * |
| BROWNSVILLE POLICE DEPARTMENT | * |
| X-UNKNOWN OFFICERS | * |
| MRS. "TENCHA" MANCHA | * |

## O R D E R

The Defendants are hereby ORDERED to respond to Petitioner's civil rights complaint, pursuant to 42 U.S.C. 1983, on or before **February 20, 2001**.

DONE at Brownsville, Texas, this 19th day of December 2000.

Felix Recio
United States Magistrate Judge