If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☑   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   $1.00 dollar

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   Selina Simona Parlan daughter  150.00 a month
   Alyssa Annette Parlan daughter  starting in Dec 2000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-21-00
             (Date)                    Signature of Applicant

**Received** NOV 21 2000 — Michael N. Milby, Clerk of Court, United States District Court, Southern District of Texas

**Entered** DEC 26 2000 — United States District Court, Southern District of Texas — Michael N. Milby, Clerk of Court, By Deputy Clerk

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

See Doc #1 Supporting Document attached

I further certify that during the last six months the applicant's average balance was $ _____

Authorized Officer of Institution

---

**ORDER OF COURT**

The application is hereby denied

_____  _____
United States Judge    Date

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____  11/30/00
United States Judge    Date
or Magistrate