AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE MISC-00-41

⑥

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/25/01 @ 11:20 AM |
| NAME OF SERVER (PRINT)  DAVID PYKA | TITLE  DUSM |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: U.S. ATTORNEY BY DELIVERY to PAT SKOFF, LEGAL SECRETARY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
JAN 31 2001
Michael N. Milby
Clerk of Court

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/25/01
                Date

Signature of Server

515 Rusk Houston, TX
Address of Server



(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.