11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

FEB 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HERMENGILDO PATLAN | § | |
| | § | |
| Petitioner | § | |
| V. | § | CIVIL ACTION NO: 00-MC-41 |
| | § | Judge: Hilda G. Tagle |
| REALITY HOUSE COMMUNITY | § | |
| CORRECTIONS CENTER, | § | |
| JOE GARCIA, MANUEL GAONA, | § | |
| JUAN CARLOS CRUZ, | § | |
| MARIA HORTENCIA MANCHA, | § | |
| BROWNSVILLE POLICE DEPARTMENT, | § | |
| AND X-UNKNOWN OFFICERS | § | |
| | § | |
| Respondents | § | |

### DEFENDANTS REALITY HOUSE COMMUNITY CORRECTIONS CENTER, JOE GARCIA, MANUEL GAONA, JUAN CARLOS CRUZ, AND MARIA HORTENCIA MANCHA'S ANSWER TO PLAINTIFF'S "PRISONER'S CIVIL RIGHTS COMPLAINT"

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha and file this their Answer to Plaintiff's "Prisoner's Civil Rights Complaint," and in support thereof would respectfully show unto this Honorable Court the following:

I.

### ANSWER

1. Defendants admit the averments contained in paragraph A of Plaintiff's "Prisoner's Civil Rights Complaint" with the exception of the allegation that "he backed up the lies of his employee Juan Carlos Cruz, and never talked to me regarding the escape charge."

Page 1 of 4

2.     Defendants admit that this honorable Court has jurisdiction over the above-entitled and numbered cause of action, although the defendants deny the truth of the averments asserted by the Plaintiff.

3.     Defendants deny the averments contained in paragraph C of Plaintiff's "Prisoner's Civil Rights Complaint".

4.     Defendants deny the averments contained in paragraph D of Plaintiff's "Prisoner's Civil Rights Complaint" and the attachments thereto which supposedly detail Plaintiff's allegations in the above-entitled and numbered cause of action.

## II.

## AFFIRMATIVE DEFENSES

1.     Defendants assert that the individual Defendants are entitled to qualified immunity from suit because they were acting within the course and scope of their employment and performing discretionary duties in good faith. Defendants did not violate constitutional or statutory rights of which a reasonable person would have known.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that Plaintiff's claims be dismissed with prejudice to refiling, that Defendants recover their attorneys fees and costs of court pursuant to 42 U.S.C. §1988, and for any and all other relief, at law or in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

**FLOWERS DAVIS, L.P.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

_____
**ROBERT S. DAVIS**
State Bar No. 05544200
**VIRGINIA DURHAM YOUNG**
State Bar No. 00796495
**ATTORNEYS FOR DEFENDANTS
REALITY HOUSE COMMUNITY
CORRECTIONS CENTER, JOE GARCIA,
MANUEL GAONA, JUAN CARLOS CRUZ,
AND MARIA HORTENCIA MANCHA**

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following counsel of record in the above entitled and numbered cause this the __19th__ day of February, 2001, by Certified Mail, Return Receipt Requested to:

Hermengildo Patlan
4116 Hollis Drive
Edinburg, Texas 78539

George Christian Kraehe
Willette & Guerra
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78520

_____
ROBERT S. DAVIS

Page 4 of 4