*12*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

**MOTION & ORDER
FOR ADMISSION *PRO HAC VICE***

FEB 2 0 2001

Michael N. Milby
Clerk of Court

| Division | Brownsville | Action Number | 00-MC-41 |
|---|---|---|---|
| HERMENGILDO PATLAN | | | |
| *versus* | | | |
| REALITY HOUSE COMMUNITY CORRECTIONS CENTER, JOE GARCIA, MANUEL GAONA, JUAN CARLOS CRUZ, MARIA HORTENCIA MANCHA, BROWNSVILLE POLICE DEPT., AND X UNKNOWN OFFICERS | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Robert S. Davis |
| Firm | Flowers Davis, L.P. |
| Street | 815 Rice Road |
| City & Zip Code | Tyler, Texas 75703 |
| Telephone | (903) 534-8063 |
| Licensed: State & Number | TX 05544200 |
| Admitted US District Court for: | Eastern District of Texas |

Seeks to appear as the attorney for this party:

| REALITY HOUSE COMMUNITY CORRECTIONS CENTER, JOE GARCIA, MANUEL GAONA, JUAN CARLOS CRUZ, AND MARIA HORTENCIA MANCHA |
|---|

| Dated: 02/19/01 | Signed: *[signature]* |
|---|---|

**ORDER**

This lawyer is admitted *pro hac vice*.

Signed on _____, 199__.　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

SDTX AA-6 (8/98)