UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAR 1 3 2001
Michael N. Milby
Clerk of Court

| | |
|---|---|
| HERMENEGILDO PATLAN | * |
| | * |
| | * |
| VS | *   MISC. NO. B-00-041 |
| | * |
| REALITY HOUSE COMMUNITY | * |
| CORRECTIONS CENTER, ET AL | * |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

An initial pretrial conference in above-captioned and numbered cause of action is hereby set for April 5, 2001, at 2:00 p.m. The parties shall be prepared to argue any motions that are ripe for ruling.

DONE at Brownsville, Texas, this 13rd day of March 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX 78520

13