14

# UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HERMENEGILDO PATLAN | * | United States District Court<br>Southern District of Texas<br>ENTERED |
| | * Misc. No. B-00-041 | |
| VS | * | APR 0 9 2001 |
| REALITY HOUSE COMMUNITY<br>CORRECTIONS CENTER, ET AL | * | Michael N. Milby, Clerk of Court<br>By Deputy Clerk |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | Hermenegildo Patlan | 4-5-01 |
| [signature] LAWRENCE J. RABB | City of Brownsville, Brownsville P.D.<br>+ Unknown Officer | 4-5-01 |
| [signature] Robert A. Davis | Reality House, et al. | 4-5-01 |
| [signature] | USA | 4-5-01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

4-5-01
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.