15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 5 2001

Michael N. Milby
Clerk of Court

HERMENEGILDO PATLAN            *
                               *
       VS.                     *
                               *   MISC. NO. B00-041
REALITY HOUSE COMMUNITY        *
 CORRECTIONS CENTER            *
JOE GARCIA                     *
MANUEL GAONA                   *
JUAN CARLOS CRUZ               *
BROWNSVILLE  POLICE DEPARTMENT *
X-UNKNOWN OFFICERS             *
MRS. "TENCHA" MANCHA           *

## MOTION

TO RELEASE THE POLICE REPORT OF MY ARREST.
        (MAY 28, 2000 BROWNSVILLE POLICE DEPARTMENT)

APRIL 04, 2001

_____
HERMENEGILDO PATLAN
PRO SE