16

United States District Court
Southern District of Texas
FILED

APR 0 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HERMENEGILDO PATLAN | * |
| | * |
| VS. | *   MISC. NO. B00-041 |
| | * |
| REALITY HOUSE COMMUNITY | * |
| CORRECTIONS CENTER | * |
| JOE GARCIA | * |
| MANUEL GAONA | * |
| JUAN CARLOS CRUZ | * |
| BROWNSVILLE  POLICE DEPARTMENT | * |
| X-UNKNOWN OFFICERS | * |
| MRS. "TENCHA" MANCHA | * |

---
**MOTION**
---

LOCAL COURT RULES

APRIL 04, 2001

_____
HERMENEGILDO PATLAN
PRO SE

ClibPDF - www.fastio.com