17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| HERMENEGILDO PATLAN | * |
| | * |
| VS. | * |
| | * MISC. NO. B00-041 |
| REALITY HOUSE COMMUNITY | * |
| CORRECTIONS CENTER | * |
| JOE GARCIA | * |
| MANUEL GAONA | * |
| JUAN CARLOS CRUZ | * |
| BROWNSVILLE POLICE DEPARTMENT | * |
| X-UNKNOWN OFFICERS | * |
| MRS. "TENCHA" MANCHA | * |

### MOTION

SUBMITTING MOTION FOR TORT TOWARDS POLICE OFFICERS AT THE SCENE.

APRIL 04, 2001

HERMENEGILDO PATLAN
PRO SE