```
                              United States District Court
                              Southern District of Texas
                                      FILED

                                   APR 05 2001

                              Michael N. Milby
                              Clerk of Court
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| HERMENEGILDO PATLAN | * |
| VS. | * MISC. NO. B00-041 |
| REALITY HOUSE COMMUNITY CORRECTIONS CENTER | * |
| JOE GARCIA | * |
| MANUEL GAONA | * |
| JUAN CARLOS CRUZ | * |
| BROWNSVILLE POLICE DEPARTMENT | * |
| X-UNKNOWN OFFICERS | * |
| MRS. "TENCHA" MANCHA | * |

## MOTION

TO SUBPOENA ROY HERNANDEZ DUE TO RELATED INCIDENTS AT THE REALITY COMMUNITY CORRECTIONS CENTER.

APRIL 04, 2001

_____
HERMENEGILDO PATLAN
PRO SE