*19*

United States District Court
Southern District of Texas
FILED

APR 0 5 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

```
HERMENEGILDO PATLAN                *
                                   *
     VS.                           *
                                   *   MISC. NO. B00-041
REALITY HOUSE COMMUNITY            *
 CORRECTIONS CENTER                *
JOE GARCIA                         *
MANUEL GAONA                       *
JUAN CARLOS CRUZ                   *
BROWNSVILLE  POLICE DEPARTMENT     *
X-UNKNOWN OFFICERS                 *
MRS. "TENCHA" MANCHA               *
```

## MOTION

TO SUBPOENA ADRIANA-STAFF WORKER - WORKING AT THE TIME OF INCIDENT.

APRIL 04, 2001

HERMENEGILDO PATLAN
PRO SE