United States District Court
Southern District of Texas
FILED

APR 0 5 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

HERMENEGILDO PATLAN     *
                   *
    VS.                *
                   *    MISC. NO. B00-041
REALITY HOUSE COMMUNITY    *
  CORRECTIONS CENTER       *
JOE GARCIA              *
MANUEL GAONA           *
JUAN CARLOS CRUZ        *
BROWNSVILLE POLICE DEPARTMENT   *
X-UNKNOWN OFFICERS       *
MRS. "TENCHA" MANCHA      *

## MOTION

To change the perjury charge on my civil rights complaint on page 16 to <u>FALSIFYING LEGAL DOCUMENTS</u> ON:

JOE GARCIA
MARIA H. MANCHA
MANUEL GAONA
JUAN CARLOS CRUZ

APRIL 04,2001

**HERMENEGILDO PATLAN
PRO SE**