*21*

United States District Court
Southern District of Texas
FILED

APR 0 5 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| HERMENEGILDO PATLAN | * |
| VS. | * |
| | * MISC. NO. B00-041 |
| REALITY HOUSE COMMUNITY | * |
| CORRECTIONS CENTER | * |
| JOE GARCIA | * |
| MANUEL GAONA | * |
| JUAN CARLOS CRUZ | * |
| BROWNSVILLE POLICE DEPARTMENT | * |
| X-UNKNOWN OFFICERS | * |
| MRS. "TENCHA" MANCHA | * |

## MOTION

TO SUBPOENA ALL CLIENTS AT THE , REALITY HOUSE COMMUNITY CENTER, WHO WERE SINGED IN ON MAY 28,2000,BEFORE 8:45 p.m.

APRIL 04,2001

_____
HERMENEGILBO PATLAN
PRO SE