# M I N U T E S

22

United States District Court
Southern District of Texas
FILED

APR 0 5 2001

Michael N. Milby
Clerk of Court

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

| | |
|---|---|
| Courtroom Clerk: | L M Villarreal |
| ERO: | Gabriel Mendieta |
| Law Clerk: | Jessica R Dart |
| CSO: | Ruben Salinas |

Date:           April 5, 2001, 2:06 pm

---

### MISC. NO. B-00-041 (HGT)

| | | |
|---|---|---|
| HERMENEGILDO PATLAN | * | Pro Se |
| VS | * | |
| REALITY HOUSE COMMUNITY CORRECTIONS CENTER, | * | Robert S Davis |
| JOE GARCIA, | * | " |
| JUAN CARLOS CRUZ, | * | " |
| MARIA HORTENCIA MANCHA, | * | " |
| | | |
| BROWNSVILLE POLICE DEPARTMENT, | * | Lawrence Rabb, in lieu of George C Kraehe |
| And X-UNKNOWN OFFICERS | * | " |

---

## INITIAL PRETRIAL CONFERENCE

Plaintiff appeared pro se, attorneys Davis and Rabb appeared for their respective clients. AUSA Nancy L Masso appeared for the USA since the United States Attorney was served with a summons as well as an order signed on December 26, 2001, requiring a response by the USA to the pleadings. (The USA is not a named defendant.)

Attorney Rabb made an oral Rule 1 Motion. Motion granted. A written motion shall be filed.

Without objection of the Plaintiff, USA's Motion to Dismiss (Pleading No. 10) granted.

Plaintiff informed the Court that he had not receive the motions filed by defendants. The parties shall give copies of said motions to Plaintiff.

Title 28 USC §636(c) Consent submitted.

The parties agreed to the docket dates. A scheduling order will be filed.