23

United States District Court
Southern District of Texas
ENTERED

APR 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HERMENEGILDO PATLAN, | * | |
|    Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION No. Misc-B-00-041 |
| | * | (636(c)) |
| REALITY HOUSE COMMUNITY | * | |
| CORRECTION CENTER, ETC. | * | |
|    Defendants. | * | |

## ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO DISMISS

Today, this Court considered the United States of America's Motion to Dismiss this lawsuit as to any claims that may be perceived to be made against it. Having reviewed the pleadings, motions, memorandums and responses thereto, this Court finds that it lacks subject matter jurisdiction over the United States with regard to any common law tort claims as well as any constitutional tort claims. Rule 12(b)(1) of the Federal Rules of Civil Procedure. Moreover, with regard to any such claims, this Court finds that the Plaintiff has failed to state a claim against the United States for which relief can be granted. Rule 12 (b) (6) of the Federal Rules of Civil Procedure.

THEREFORE, IT IS ORDERED, that the United States motion to dismiss is GRANTED and the United States is DISMISSED from this lawsuit.

Signed this 5th day of April, 2001.

_____
FELIX RECIO
UNITED STATES MAGISTRATE JUDGE