

# UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HERMENEGILDO PATLAN | § | |
| VS | § | MISC. NO. B-00-041 |
| REALITY HOUSE COMMUNITY CORRECTIONS CENTER, ET AL | § | (636(c)) |

United States District Court
Southern District of Texas
ENTERED
APR 0 9 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __2__ days.     ☐ Bench    ☐ Jury

2. New parties must be joined by:                                **May 21, 2001**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by: **July 16, 2001**

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.

5. Discovery must be completed by:                               **September 10, 2001**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

6. Dispositive motions shall be filed by:                         **September 30, 2001**

*********************************************************************************

7. Joint pretrial order is due:                                   **October 22, 2001**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference before Judge Recio
   is set for 2:00 p.m. on:                                       **November 1, 2001**
   *The case will remain on standby until tried.*

9. The jury trial selection set before Judge Recio at 9:00 a.m. on: **November 2, 2001**

10. Jury trial date will be set after jury selection.

Signed **April 5, 2001**, at Brownsville, Texas.

                                                    Felix Recio
                                          United States Magistrate Judge