27

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**APR 1 9 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HERMENEGILDO PATLAN, | § | |
|    Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-00-041 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| REALITY HOUSE COMMUNITY | § | |
| CORRECTIONS CENTER, JOE GARCIA, | § | |
| MANUEL GAONA, JUAN CARLOS | § | |
| CRUZ, BROWNSVILLE POLICE | § | |
| DEPARTMENT, X-UNKNOWN | § | |
| OFFICERS, and MRS. "TENCHA" | § | |
| MANCHA, | § | |
|    Defendants. | § | |

## ORDER GRANTING DEFENDANTS' RULE 1 MOTION TO APPEAR

Be it remembered on the 5 day of ___April, 2001, came on to be heard Defendants The City

of Brownsville, Brownsville Police Department, X-Unknown Officers, Rule 1 Motion to Appear

and the court after considering said motion determines that it should in all things be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Mr. Lawrence J. Rabb

of Willette & Guerra may appear for all purposes at the Initial Pretrial Conference only in place of

Mr. George C. Kraehe, of Willette & Guerra.

DONE on this 17 day of April, 2001.

_____
U. S. DISTRICT JUDGE PRESIDING