29

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HERMENEGILDO PATLAN | * |
| | * |
| VS | *  MISC. NO. B-00-041 |
| | * |
| REALITY HOUSE COMMUNITY CORRECTIONS CENTER, ET AL | * |

## ORDER DENIED MOTION

Plaintiff's Motion to Release Police Report (Pleading No. 15) is hereby **DENIED**.

The plaintiff is directed to the Civil Rules of Procedure, Rule 26.

Done at Brownsville, Texas, this 7th day of June 2001.

Felix Recio
United States Magistrate Judge