30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HERMENEGILDO PATLAN | * | |
| | * | |
| VS | * | MISC. NO. B-00-041 |
| | * | |
| REALITY HOUSE COMMUNITY CORRECTIONS CENTER, ET AL | * | |

## ORDER GRANTING MOTION

Plaintiff's Motion for Local Court Rules (Pleading No. 16) is hereby **GRANTED**. The plaintiff is directed to U.S. District Clerk's Office to obtain a copy of the Local Court Rules.

Done at Brownsville, Texas, this 7th day of June 2001.

_____
Felix Recio
United States Magistrate Judge