32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HERMENEGILDO PATLAN | * |
| | * |
| VS | *   MISC. NO. B-00-041 |
| | * |
| REALITY HOUSE COMMUNITY CORRECTIONS CENTER, ET AL | * |

## ORDER DENYING MOTION

Plaintiff's Motion to subpoena Roy Hernandez (Pleading No. 18) is hereby **DENIED**.

The plaintiff is directed to U.S. District Clerk's Office to obtain proper subpoena requests.

Done at Brownsville, Texas, this 7th day of June 2001.

Felix Recio
United States Magistrate Judge