33

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HERMENEGILDO PATLAN | * |
| | * |
| VS | *   MISC. NO. B-00-041 |
| | * |
| REALITY HOUSE COMMUNITY CORRECTIONS CENTER, ET AL | * |

## ORDER DENYING MOTION

Plaintiff's Motion to subpoena Adriana--staff worker--(Pleading No. 19) is hereby **DENIED**. The plaintiff is directed to U.S. District Clerk's Office to obtain proper subpoena requests.

Done at Brownsville, Texas, this 7th day of June 2001.

_____
Felix Recio
United States Magistrate Judge