# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HERMENEGILDO PATLAN | * | |
| | * | |
| VS | * | MISC. NO. B-00-041 |
| | * | |
| REALITY HOUSE COMMUNITY CORRECTIONS CENTER, ET AL | * | |

## ORDER DENYING MOTION

Plaintiff's Motion to change the perjury charge on civil rights complaint to falsifying legal documents (Pleading No. 20) is hereby **DENIED**. The plaintiff is directed to Civil Rules of Procedure, Rule 15.

Done at Brownsville, Texas, this 7th day of June 2001.

_____
Felix Recio
United States Magistrate Judge