35

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUN 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HERMENEGILDO PATLAN | * | |
| | * | |
| VS | * | MISC. NO. B-00-041 |
| | * | |
| REALITY HOUSE COMMUNITY | * | |
| CORRECTIONS CENTER, ET AL | | |

## ORDER DENYING MOTION

Plaintiff's Motion to Subpoena all clients at the Reality House Community Center, who were signed in on May 28, 2001, before 8:45 p.m. (Pleading No. 21), is hereby **DENIED.** The plaintiff is directed to contact the U.S. District Clerk's Office to obtain proper subpoena requests.

Done at Brownsville, Texas, this 7th day of June 2001.

_____
Felix Recio
United States Magistrate Judge