IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HERMENGILDO PATLAN | § | |
| | § | |
| Petitioner | § | |
| V. | § | CIVIL ACTION NO: 00-MC-41 |
| | § | Judge: Hilda G. Tagle |
| REALITY HOUSE COMMUNITY | § | |
| CORRECTIONS CENTER, | § | |
| JOE GARCIA, MANUEL GAONA, | § | |
| JUAN CARLOS CRUZ, | § | |
| MARIA HORTENCIA MANCHA, | § | |
| BROWNSVILLE POLICE DEPARTMENT, | § | |
| AND X-UNKNOWN OFFICERS | § | |
| | § | |
| Respondents | § | |

### MOTION TO ENTER ORDER REQUIRING PLAINTIFF TO COMPLY WITH FEDERAL RULE OF CIVIL PROCEDURE 5

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha and file this their Motion to Enter Order Requiring Plaintiff to Comply with FEDERAL RULE OF CIVIL PROCEDURE 5, and, in support thereof, would respectfully show unto this Honorable Court as follows:

I.

Defendants in the above entitled and numbered cause of action have not received any copies of pleadings, motions or other correspondence that Plaintiff has filed in this suit. Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 5, unless the Court orders otherwise, every pleading, motion or notice shall be served upon each of the parties. Plaintiff has not complied with FEDERAL RULE OF CIVIL PROCEDURE 5.

WHEREFORE, PREMISES CONSIDERED, Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha respectfully request that this Court enter an Order requiring Plaintiff to serve all pleadings, motions or other papers filed with the Court on Defendants' attorneys in accordance with FEDERAL RULE OF CIVIL PROCEDURE 5.

Respectfully submitted,

FLOWERS DAVIS, P.L.L.C.
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

*[signature]*

**ROBERT S. DAVIS**
State Bar No. 05544200
**VIRGINIA DURHAM YOUNG**
State Bar No. 00796495

ATTORNEYS FOR DEFENDANTS
REALITY HOUSE COMMUNITY
CORRECTIONS CENTER, JOE GARCIA,
MANUEL GAONA, JUAN CARLOS CRUZ,
AND MARIA HORTENCIA MANCHA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following Plaintiff and counsel of record in the above entitled and numbered cause this the _____ day of June, 2001, by Certified Mail, Return Receipt Requested to:

Hermengildo Patlan
4116 Hollis Drive
Edinburg, Texas 78539

George Christian Kraehe
Willette & Guerra
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78520

**ROBERT S. DAVIS**