3 /

United States District Court
Southern District of Texas
FILED

JUN 2 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HERMENEGILDO PATLAN, | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. B-00-041 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| REALITY HOUSE COMMUNITY | § | |
| CORRECTIONS CENTER, JOE GARCIA, | § | |
| MANUEL GAONA, JUAN CARLOS | § | |
| CRUZ, BROWNSVILLE POLICE | § | |
| DEPARTMENT, X-UNKNOWN | § | |
| OFFICERS, and MRS. "TENCHA" | § | |
| MANCHA, | § | |
| Defendants. | § | |

## MOTION TO WITHDRAW ALL MOTIONS AND APPEARANCES FILED ON BEHALF OF DEFENDANTS X-UNKNOWN OFFICERS

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COME NOW the undersigned counsel for Defendants the City of Brownsville and the Brownsville Police Department and file this their Motion to Withdraw All Motions and Appearances Filed on Behalf of Defendants X-Unknown Officers and would respectfully show unto the Court the following:

I.

Defendants X-Unknown Officers have been sued by Plaintiff but have never been identified or served.

II.

Defendants X-Unknown Officers were inadvertently included in Defendants the City of Brownsville and the Brownsville Police Department's Response to Plaintiff's Motions and Rule 1

-1-

Motion to Appear.

III.

The inclusion of X-Unknown Officers was inadvertent and may be prejudicial to them inasmuch as they have never been identified or served by Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that all motions and appearances filed on behalf of X-Unknown Officers in Defendants the City of Brownsville and the Brownsville Police Department's Response to Plaintiff's Motions and Rule 1 Motion to Appear be withdrawn and that this Court grant all other relief to which they may show themselves justly entitled.

Signed on ~~June 21~~, 2001

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
George C. Kraehe
State Bar No. 00792631
USDC 19355

Attorneys for Defendants
City of Brownsville and
Brownsville Police Department

-2-

## CERTIFICATE OF CONFERENCE

The undersigned cannot confer with Plaintiff regarding the filing of this Motion to Withdraw All Motions and Appearances Filed on Behalf of Defendants X-unknown Officers because Plaintiff has not provided a telephone number and all correspondence to his last known address is returned., therefore, we assume Plaintiff is opposed to filing said motion.

_____
George C. Kraehe

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record, to-wit:

Hermenegildo Patlan, pro se
4116 Hollis Drive
Edinburg, Texas 78539

Robert S. Davis
FLOWERS, DAVIS, L.P.
815 Rice Road
Tyler, Texas 75703

via certified mail, return receipt requested, on ___June 21___, 2001.

_____
George C. Kraehe

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HERMENEGILDO PATLAN,<br>    Plaintiff,<br><br>VS.<br><br>REALITY HOUSE COMMUNITY<br>CORRECTIONS CENTER, JOE GARCIA,<br>MANUEL GAONA, JUAN CARLOS<br>CRUZ, BROWNSVILLE POLICE<br>DEPARTMENT, X-UNKNOWN<br>OFFICERS, and MRS. "TENCHA"<br>MANCHA,<br>    Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-00-041<br>(JURY REQUESTED) |

## ORDER SETTING HEARING

On this the _____ day of _____ 2001, came on to be considered the Motion to Withdraw All Motions and Appearances Filed on Behalf of Defendants X-Unknown Officers.  After considering same, the Court is of the opinion that a hearing should be held.  IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Motion to Withdraw All Motions and Appearances Filed on Behalf of Defendants X-Unknown Officers  be and is hereby set for hearing on the ___ day of _____, 2001 at ____ _.m. o'clock in this Honorable Court.

SIGNED FOR ENTRY on this the _____ day of _____, 2001.


_____
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HERMENEGILDO PATLAN,<br>　　Plaintiff,<br><br>VS.<br><br>REALITY HOUSE COMMUNITY<br>CORRECTIONS CENTER, JOE GARCIA,<br>MANUEL GAONA, JUAN CARLOS<br>CRUZ, BROWNSVILLE POLICE<br>DEPARTMENT, X-UNKNOWN<br>OFFICERS, and MRS. "TENCHA"<br>MANCHA,<br>　　Defendants. | §§§§§§§§§§§§§§§ | CIVIL ACTION NO. B-00-041<br>(JURY REQUESTED) |

## ORDER

On this the _____ day of _____, 2001, came on for consideration the Motion to Withdraw All Motions and Appearances Filed on Behalf of Defendants X-Unknown Officers. Having examined same and considered the arguments of counsel, this Court is of the opinion that said Motion should be GRANTED.

SIGNED on this _____ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE