38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 10 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HERMENGILDO PATLAN | § | |
| | § | |
| Petitioner | § | |
| V. | § | CIVIL ACTION NO: 00-MC-41 |
| | § | Judge: Hilda G. Tagle |
| REALITY HOUSE COMMUNITY | § | |
| CORRECTIONS CENTER, | § | |
| JOE GARCIA, MANUEL GAONA, | § | |
| JUAN CARLOS CRUZ, | § | |
| MARIA HORTENCIA MANCHA, | § | |
| BROWNSVILLE POLICE DEPARTMENT, | § | |
| AND X-UNKNOWN OFFICERS | § | |
| | § | |
| Respondents | § | |

## ORDER

On this day, came on to be considered Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha's Motion to Enter Order Requiring Plaintiff to Comply with FEDERAL RULE OF CIVIL PROCEDURE 5 in the above referenced case, and, after careful consideration, the Court was of the opinion that said Motion should be **GRANTED**.

IT IS, THEREFORE, ORDERED that Plaintiff be ordered to serve all pleadings, motions, or other papers filed with the Court on Defendants' attorneys in accordance with FEDERAL RULE OF CIVIL PROCEDURE 5.

SIGNED this 6th day of July, 2001.

_____
UNITED STATES DISTRICT JUDGE

ORDER RE: MOTION TO ENTER ORDER REQUIRING PLAINTIFF
TO COMPLY WITH FEDERAL RULE OF CIVIL PROCEDURE 5