39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 0 2001

Michael N. Milby, ~~Clerk of Court~~
By Deputy Clerk

| | | |
|---|---|---|
| HERMENEGILDO PATLAN,<br>Plaintiff, | §<br>§<br>§<br>§<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-00-041<br>(JURY REQUESTED) |
| | § | |
| REALITY HOUSE COMMUNITY<br>CORRECTIONS CENTER, JOE GARCIA,<br>MANUEL GAONA, JUAN CARLOS<br>CRUZ, BROWNSVILLE POLICE<br>DEPARTMENT, X-UNKNOWN<br>OFFICERS, and MRS. "TENCHA"<br>MANCHA,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

---

### ORDER SETTING HEARING

---

On this the __6th__ day of __July__ 2001, came on to be considered

the Motion to Withdraw All Motions and Appearances Filed on Behalf of Defendants X-

Unknown Officers.  After considering same, the Court is of the opinion that a hearing should be

held.  IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Motion to

Withdraw All Motions and Appearances Filed on Behalf of Defendants X-Unknown Officers  be

and is hereby set for hearing on the 26th day of ____July____, 2001 at 2:00 p.m. o'clock

in this Honorable Court.

SIGNED FOR ENTRY on this the _6th_ day of _July_, 2001.


_____
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com