41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HERMENEGILDO PATLAN, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-00-041 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| | § | (636(c)) |
| REALITY HOUSE COMMUNITY | § | |
| CORRECTIONS CENTER, JOE GARCIA, | § | |
| MANUEL GAONA, JUAN CARLOS | § | |
| CRUZ, BROWNSVILLE POLICE | § | |
| DEPARTMENT, X-UNKNOWN | § | |
| OFFICERS, and MRS. "TENCHA" | § | |
| MANCHA, | § | |
| Defendants. | § | |

## ORDER RESETTING HEARING

On this the **13th** day of **July** 2001, came on to be considered the Motion for Continuance on the hearing on the Motion to Withdraw All Motions and Appearances Filed on Behalf of Defendants X-Unknown Officers. After considering same, the Court is of the opinion that a hearing should be held. IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Motion to Withdraw All Motions and Appearances Filed on Behalf of Defendants X-Unknown Officers be and is hereby reset for hearing on the **21st** day of **August**, 2001 at **2:00p**.m. o'clock in this Honorable Court.

SIGNED FOR ENTRY on this the **13th** day of **July**, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

5