42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HERMENGILDO PATLAN | § | |
| | § | |
| Petitioner | § | |
| V. | § | CIVIL ACTION NO: 00-MC-41 |
| | § | Judge: Hilda G. Tagle |
| REALITY HOUSE COMMUNITY | § | |
| CORRECTIONS CENTER, | § | |
| JOE GARCIA, MANUEL GAONA, | § | |
| JUAN CARLOS CRUZ, | § | |
| MARIA HORTENCIA MANCHA, | § | |
| BROWNSVILLE POLICE DEPARTMENT, | § | |
| AND X-UNKNOWN OFFICERS | § | |
| | § | |
| Respondents | § | |

## ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha, and file this their Advisory to the Court, and in support thereof, would respectfully show unto this Honorable Court the following:

Defendants City of Brownsville and Brownsville Police Department have filed a Motion to Withdraw all Motions and Appearances filed on behalf of Defendants X-Unknown Officers. This Motion has been set for hearing on August 21, 2001. Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha are not affected by the Motion to Withdraw all Motions and Appearances filed on behalf of Defendants X-Unknown Officers. Therefore, Defendants respectfully request that they be excused from attending the hearing.

WHEREFORE, PREMISES CONSIDERED, Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha respectfully request that they be excused from attending the hearing on Defendants City of Brownsville and Brownsville Police Department's Motion to Withdraw all Motions and Appearances filed on behalf of Defendants X-Unknown Officers.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

*Robert S. Davis* (signature)

**Robert S. Davis**
State Bar No. 05544200

**ATTORNEY FOR DEFENDANTS
REALITY HOUSE COMMUNITY
CORRECTIONS CENTER, JOE GARCIA,
MANUEL GAONA, JUAN CARLOS CRUZ,
AND MARIA HORTENCIA MANCHA**

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following Plaintiff and counsel of record in the above entitled and numbered cause this the 8th day of August, 2001, by Certified Mail, Return Receipt Requested to:

Hermengildo Patlan
4116 Hollis Drive
Edinburg, Texas 78539

George Christian Kraehe
Willette & Guerra
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78520

*Robert S. Davis* (by permission)
**ROBERT S. DAVIS**

ADVISORY TO THE COURT                                             Page 4 of 4

ClibPDF - www.fastio.com