IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**AUG 1 7 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HERMENGILDO PATLAN | § | |
| | § | |
| Petitioner | § | |
| V. | § | CIVIL ACTION NO: 00-MC-41 |
| | § | Judge: Felix Recio |
| REALITY HOUSE COMMUNITY | § | |
| CORRECTIONS CENTER, | § | |
| JOE GARCIA, MANUEL GAONA, | § | |
| JUAN CARLOS CRUZ, | § | |
| MARIA HORTENCIA MANCHA, | § | |
| BROWNSVILLE POLICE DEPARTMENT, | § | |
| AND X-UNKNOWN OFFICERS | § | |
| | § | |
| Respondents | § | |

## ORDER

On this day, came on to be considered Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha's Advisory to the Court in the above referenced case, and, after careful consideration, the Court was of the opinion that said Advisory is well taken.

IT IS, THEREFORE, ORDERED that Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha be excused from attending Defendants City of Brownsville and Brownsville Police Department's Motion to Withdraw all Motions and Appearances hearing scheduled for August 21, 2001.

**SIGNED** this _____ day of _____, 2001.

_____
UNITED STATES MAGISTRATE JUDGE