44

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
Law Clerk          :    R Byrd
CSO                :    Escobedo
ERO                :    L Garcia
Date   MISC        :    August 21, 2001 at 2:00 p.m.
```

United States District Court
Southern District of Texas
FILED

AUG 21 2001

Michael N. Milby, Clerk of Court

CASE CR. B-00-41   (636(c))

| | | |
|---|---|---|
| Hermenegildo Patlan | * | Pro Se |
| vs | | |
| Reality House Community Corrections et al | * | R Davis |
| Brownsville Police Dept and X-Unknown Officers | * | G Kraehe |

## MOTION HEARING

Mr Kraehe, present for dfts X-unknown Officers;
Mr Patlan not present;

Court states copy was sent to Mr Patlan by certified mail, which was received and signed by a Juan Perez on July 11, 2001;
The Court is to assume that the deft did receive notice of hearing;

Court proceeds with the pending Motion to Withdraw Appearance of X-Unknown Officers;

Mr Kraehe addresses the Court and wishes to withdraw his representation of the x-unknown officers;

The Court finds that Hermenegildo Patlan was given proper notice and the Court hereby Grants Motion to Withdraw All Motions and Appearances filed on behalf of defts X-Unknown Officers.