45

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HERMENEGILDO PATLAN, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. B-00-041 |
| VS. | § | (JURY REQUESTED) |
| | § | |
| REALITY HOUSE COMMUNITY | § | |
| CORRECTIONS CENTER, JOE GARCIA, | § | |
| MANUEL GAONA, JUAN CARLOS | § | |
| CRUZ, BROWNSVILLE POLICE | § | |
| DEPARTMENT, X-UNKNOWN | § | |
| OFFICERS, and MRS. "TENCHA" | § | |
| MANCHA, | § | |
| Defendants. | § | |

## ORDER

On this the 21st day of August, 2001, came on for consideration the Motion to Withdraw All Motions and Appearances Filed on Behalf of Defendants X-Unknown Officers. Having examined same and considered the arguments of counsel, this Court is of the opinion that said Motion should be GRANTED.

SIGNED on this 21st day of August, 2001.

_____
UNITED STATES DISTRICT JUDGE