IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HERMENGILDO PATLAN | § | |
| | § | |
| V. | § | CIVIL ACTION NO: 00-MC-41 |
| | § | Magistrate Judge Felix Recio |
| REALITY HOUSE COMMUNITY | § | |
| CORRECTIONS CENTER, et al | § | |

### DEFENDANTS' MOTION TO EXTEND DEADLINE
### TO FILE DISPOSITIVE MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha, and file this their Motion to Extend Deadline to File Dispositive Motions, and in support thereof, would respectfully show unto this Honorable Court the following:

Counsel for Defendants has not yet received signed affidavits from some of the defendants in this case. These affidavits are necessary attachments to Defendants' Motion for Summary Judgment and have been forwarded to the appropriate defendants for their review and signature. However, some of the defendants have not yet been available to review and sign their affidavits. Therefore, Defendants respectfully request that their deadline to file dispositive motions be extended until Friday, October 5, 2001.

WHEREFORE, PREMISES CONSIDERED, Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha respectfully request that their deadline to file dispositive motions be extended until Friday, October 5, 2001.

## CERTIFICATE OF CONFERENCE

I hereby certify that my office conferred with counsel for Defendant City of Brownsville Police Department and he does not oppose this motion. My office has attempted to confer with Plaintiff regarding this motion, however he hung up the telephone when contacted by my staff.

*Robert S. Davis/CK (by permission)*

**ROBERT S. DAVIS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following Plaintiff and counsel of record in the above entitled and numbered cause this the 1st day of October, 2001, by Certified Mail, Return Receipt Requested to:

Hermengildo Patlan
4116 Hollis Drive
Edinburg, Texas 78539

George Christian Kraehe
Willette & Guerra
3505 Boca Chica Boulevard, Suite 460
Brownsville, Texas 78520

*Robert S. Davis/CK (by permission)*

**ROBERT S. DAVIS**

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C.**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

*Robert S. Davis/CK (by permission)*

**Robert S. Davis**
State Bar No. 05544200

**ATTORNEY FOR DEFENDANTS
REALITY HOUSE COMMUNITY
CORRECTIONS CENTER, JOE GARCIA,
MANUEL GAONA, JUAN CARLOS CRUZ,
AND MARIA HORTENCIA MANCHA**