47

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HERMENGILDO PATLAN | § | |
| | § | |
| V. | § | CIVIL ACTION NO: 00-MC-41 |
| | § | Magistrate Judge Felix Recio |
| REALITY HOUSE COMMUNITY | § | |
| CORRECTIONS CENTER, et al | § | |

## ORDER

On this day, came on to be considered Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha's Motion to Extend Deadline to File Dispositive Motions in the above referenced case. The Court, having reviewed the Motion, is of the opinion that it should be **GRANTED**. It is therefore,

**ORDERED** that Defendants Reality House Community Corrections Center, Joe Garcia, Manuel Gaona, Juan Carlos Cruz, and Maria Hortencia Mancha's Motion to Extend Deadline to File Dispositive Motions is hereby **GRANTED**, that their deadline to file dispositive motions be extended until Friday, October 5, 2001.

SIGNED this 2d day of October, 2001.

_____
**Honorable Felix Recio**
**United States Magistrate Judge**