


**COPY**

United States District Court
Southern District of Texas
FILED

OCT 1 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HERMENEGILDO PATLAN, § <br> Plaintiff, § <br> § <br> § <br> § <br> VS. § <br> § <br> § <br> REALITY HOUSE COMMUNITY § <br> CORRECTIONS CENTER, JOE GARCIA, § <br> MANUEL GAONA, JUAN CARLOS § <br> CRUZ, BROWNSVILLE POLICE § <br> DEPARTMENT, X-UNKNOWN § <br> OFFICERS, and MRS. "TENCHA" § <br> MANCHA, § <br> Defendants. § | CIVIL ACTION NO. 00-MC-41 <br> (JURY REQUESTED) |

**MOTION TO SET HEARING ON MOTION FOR SUMMARY JUDGMENT, TO STAY DEADLINES AND TO ISSUE NEW SCHEDULING ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Brownsville Police Department, one of the Defendants in the above entitled cause of action, and respectfully requests this Court set a hearing on its Motion for Summary Judgment, stay pending deadlines until a judgment is rendered with regard to its Motion for Summary Judgment, and issue a new scheduling order, and as grounds therefore would show the following:

I.

A scheduling order was signed by this Honorable Court on April 5, 2001, providing a deadline of October 22, 2001 for filing the joint pre-trial order. Additionally, jury selection is scheduled for November 2, 2001.

II.

On September 28, 2001 Defendant Brownsville Police Department filed its Motion for Summary Judgment. No hearing has been set on said motion, nor has any ruling been issued to date.

III.

Defendant Brownsville Police Department believes its Motion for Summary Judgment is meritorious and would therefore request that a hearing be set for its Motion for Summary Judgment, that all pending deadlines be stayed until such time as a ruling is issued on its Motion for Summary Judgment and that a new scheduling order be issued reflecting the amended deadlines.

WHEREFORE, PREMISES CONSIDERED, Defendant Brownsville Police Department prays that this its motion be granted; that the Court set a hearing on its Motion for Summary Judgment, stay all pending deadlines until such time as a ruling is issued on its Motion for Summary Judgment and that a new scheduling order be issued reflecting the amended deadlines; and that Defendant Brownsville Police Department have such other and further relief, at law or in equity, to which it may show itself justly entitled.

Signed on October 19, 2001.

                        WILLETTE & GUERRA, L.L.P.
                        International Plaza, Ste. 460
                        3505 Boca Chica Blvd.
                        Brownsville, Texas 78521
                        Telephone: (956) 541-1846
                        Facsimile: (956) 541-1893

By: _____George C. Kraehe_____
     George C. Kraehe
     State Bar No. 00792631
     USDC Adm. No. 19355

Attorneys for Defendant Brownsville Police Department

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Co-Defendant's attorney on the 19th day of October, 2001, and stated that he is unopposed to the filing of this motion.

_____
George C. Kraehe

## CERTIFICATE OF CONFERENCE

The undersigned cannot confer with Plaintiff regarding the filing of this Motion because Plaintiff has not provided a telephone number and all correspondence to his last known address is returned or unclaimed, therefore; we assume Plaintiff is opposed to filing said motion.

_____
George C. Kraehe

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on all parties on this 19th day of October, 2001, to-wit

***Via CMRRR***
Hermenegildo Patlan, pro se
4116 Hollis Drive
Edinburg, Texas  78539

***Via U.S. Mail and Telefax (903) 534-8063***
Mr. Robert S. Davis
FLOWERS, DAVIS, L.P.
815 Rice Road
Tyler, Texas 75703

_____
George C. Kraehe