# COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 19 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| HERMENEGILDO PATLAN,<br>(PLAINTIFF) | &<br>&<br>& |
| VS. | &<br>& |
| REALITY HOUSE COMMUNITY<br>CORRECTIONS CENTER, JOE GARCIA,<br>MANUEL GAONA, JUAN CARLOS CRUZ,<br>BROWNSVILLE POLICE DEPARTMENT,<br>X-UNKNOWN OFFICERS, and<br>MRS. "TENCHA" MANCHA,<br>(DEFENDANTS). | &<br>&<br>&<br>&<br>&<br>&<br>&<br>&<br>& |

CIVIL ACTION NO. B-00-041
(JURY REQUESTED)

---

MOTION FOR PRETRIAL

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's Order, Plaintiff Hermenegildo Patlan Pro Se files this Motion for the Pretrial.

Signed on October 18, 2001.

respectably submitted,

Hermenegildo Patlan, Pro Se
c/o U.S. District Clerk
600 East Harrison, Room 101
Brownsville, Texas 78520

By: _____
Hermenegildo Patlan Pro Se
4116 Hollis Drive
Edinburg, Texas 78539
Telephone (956) 221-0533 (message)

3   COPY