**COPY**



United States District Court
Southern District of Texas
FILED

OCT 19 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HERMENEGILDO PATLAN,<br>    Plaintiff,<br><br>VS.<br><br>REALITY HOUSE COMMUNITY<br>CORRECTIONS CENTER, JOE GARCIA,<br>MANUEL GAONA, JUAN CARLOS CRUZ,<br>BROWNSVILLE POLICE DEPARTMENT,<br>X-UNKNOWN OFFICERS, and<br>MRS. "TENCHA" MANCHA,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. B-00-041<br>§         (JURY REQUESTED)<br>§<br>§<br>§<br>§<br>§<br>§ |

PLAINTIFF'S CERTIFIED DISCLOSURES OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order, Plaintiff Hermenegildo Patlan Pro Se certifies that the only persons, associations, etc., that are known to Plaintiff to be finacially interested in the outcome of this litigation are:

1. Plaintiff Hermenegildo Patlan

2. Defendant City of Brownsville

3. Defendant Brownsville Police Department

4. Defendant Reality House Community Corrections Center

5. Defendant Joe Garcia

6. Defendant Manuel Gaona

7. Defendant Juan Carlos Cruz

8. Defendant Mrs. "Tencha" Mancha

Signed on October 10, 2001.

            Respecfully submitted,

            Hermenegildo Patlan, Pro Se
            c/o U.S. District Clerk
            600 East Harrison, Room 101
            Brownsville, Texas 78520

By:_____
  Hermenegildo Patlan, Pro Se
  4116 Hollis Drive
  Edinburg, Texas 78539
  Telephone (956) 221-0533  (message)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on all counsel of record, to-wit:

Willette and Guerra, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521

George C. Kraehe
State Bar no. 00792631
USDC 19355
attorneys for Defendants
City of Brownsville and
Brownsville Police Departmant
   and