COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

| | | | |
|---|---|---|---|
| Courtroom Clerk | : | M Garcia | |
| ERO | : | G Mendieta | |
| CSO | : | Delgado | |
| Law Clerk | : | R Byrd | |
| Date | : | November 1, 2001 at 2:00 p.m. | |

**United States District Court**
**Southern District of Texas**
**FILED**

**NOV 01 2001**

~~Michael N. Milby, Clerk of Court~~

-----------------------------------------------------------------

MISC NO. B-00-41 (636(c))

Hermenegildo Patlan                         *          Pro Se

vs

Reality House Community Corrections         *          Robert S Davis
Center, Joe Garcia, Juan Carlos Cruz        *          Charles Van Cleef
Maria Hortencia Mancha                      *

Brownsville Police Dept & X-known           *          George Kraehe
Officers

-----------------------------------------------------------------

FINAL PRETRIAL

George Kraehe and Charles Van Cleef present; Plaintiff, Mr Patlan not present;

Attorney Charles Van Cleef makes an oral motion to appear Pro Hac Vice;
The Court grants his oral motion;

Attorney George Kraehe offers background of this case to the Court;
Attorney Charles Van Cleef responds to the facts stated and requests the Court
to grant the pending Motion for Summary Judgment;

The Court grants the Motions for Summary Judgment;
Court states the case is dismissed with prejudice;
Each attorney to submit their own orders according to their clients;

Court adjourned.